UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEF VOLMAN,

              Plaintiff,

      v.

ELDRIDGE BISTRO LLC d/b/a THE WAYLAND and 9C REALTY ASSOCIATES L.P.,

              Defendants.

No. 22-CV-3201 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On April 25, 2022, the Court directed the parties to submit a letter, within 45 days of service of the summons and complaint, indicating whether they would prefer for the Court to (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference in the matter. Dkt. 7. The Court has not yet received that letter. The parties are directed to file their joint status letter no later than July 8, 2022.

SO ORDERED.

Dated:    July 1, 2022
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge