UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEF VOLMAN,<br><br>                Plaintiff,<br><br>      v.<br><br>ELDRIDGE BISTRO LLC d/b/a THE WAYLAND and 9C REALTY ASSOCIATES L.P.,<br><br>                Defendants. | No. 22-CV-3201 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      On April 25, 2022, the Court directed the parties to submit a letter, within 45 days of service of the summons and complaint, indicating whether they would prefer for the Court to (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference in the matter. Dkt. 7. Although Defendants have filed an answer, the Court has not yet received that letter. The parties are directed to file their joint status letter no later than October 14, 2022.

SO ORDERED.

Dated:    October 7, 2022
           New York, New York

                                                      RONNIE ABRAMS
                                                  United States District Judge